# United States Court of Appeals
## For the First Circuit

No. 00-2097

UNITED STATES OF AMERICA,

Appellant,

v.

JOHN MORAN and NORA MORAN,

Defendants, Appellees.

**ERRATA**

The opinion of this court issued on September 23, 2002, should be amended as follows:

On page 2, first full paragraph, line 1, replace **"<u>Greenburg</u>"** with **"<u>Greenberg</u>"**.

On page 30, lines 3-4, replace the phrase "but it not" with the phrase "but it did not".

On page 32, line 3 of 2nd full paragraph, replace "loan" with "loans".